FILED
JUN 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN and | ) |
| JESSICA HANSEN, | ) |
| Plaintiffs, | ) |
| v. | ) Case: 1:07-cv-01107 |
| | ) Assigned To : Friedman, Paul L. |
| COUNTRYWIDE HOME LOANS, INC., | ) Assign. Date : 6/20/2007 |
| | ) Description: Contract |
| Defendant. | ) |

### COUNTYWIDE HOME LOAN, INC.'S
### RULE 7.1 CERTIFICATION

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Countrywide Home Loans, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Countrywide Home Loans, Inc. which have any outstanding securities in the hands of the public:

Defendant Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation. Countrywide Financial Corporation's stock is publicly traded on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

June 20, 2007                                    Respectfully submitted,

                                                 COUNTRYWIDE HOME LOANS, INC.

                                                 By: _____
                                                                      Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C.  20006-1109
(202) 955-1500
(202) 778-2201 (fax)

*Counsel for Defendant Countrywide Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2007, a copy of the foregoing **COUNTYWIDE HOME LOAN, INC.'S RULE 7.1 CERTIFICATION** was served via first class mail and electronic mail upon the following:

                                                 Scott H. Rome
                                                 Andrew J. Kline
                                                 LAW OFFICES OF ANDREW J. KLINE
                                                 1225 19th Street, N.W.,
                                                 Washington, D.C.  20036

                                                 *Counsel for Plaintiffs*

                                                 _____