IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN and<br><br>JESSICA HANSEN,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>Resident Agent:<br>Corporate Service Company<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>) 1:07-cv-01107-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PRAECIPE FOR ENTRY OF APPEARANCE

**THE CLERK WILL PLEASE NOTE** the entry of appearance of Mark B. Bierbower of the law firm of Hunton & Williams as counsel of record for Defendant Countrywide Home Loans, Inc. Mr. Bierbower's address is Hunton & Williams LLP, 1900 K Street, N.W., Washington, D.C. 20006. His telephone number is (202) 955-1665. Mr. Bierbower's D.C. Bar Number is 320861.

Dated: June 27, 2007

                                                Respectfully submitted,

                                                **COUNTRYWIDE HOME LOANS, INC.**

                                                By: _/s/ Mark B. Bierbower_____
                                                             Counsel

Mark B. Bierbower
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)

Counsel for Defendant Countrywide Home Loans, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of June 2007, I caused the foregoing **PRAECIPE FOR ENTRY OF APPEARANCE** to be served via first class mail and electronic mail upon the following:

>Scott H. Rome
>Andrew J. Kline
>LAW OFFICES OF ANDREW J. KLINE
>1225 19th Street, N.W.,
>Washington, D.C. 20036
>
>*Counsel for Plaintiffs*

_____