IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN and )<br>)<br>JESSICA HANSEN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTRYWIDE HOME LOANS, INC., )<br>Resident Agent: )<br>Corporate Service Company )<br>1090 Vermont Avenue, N.W. )<br>Washington, D.C. 20005 )<br>)<br>Defendant. ) | Civil Action No.:<br>1:07-cv-01107-PLF |

## ANSWER OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.

Countrywide Home Loans, Inc. ("Countrywide"), Defendant in the above action, hereby responds to the allegations of the Plaintiffs' Complaint, as follows:

### JURISDICTION AND PARTIES

1. Paragraph 1 of the Complaint states legal conclusions to which no response is required.

2. Paragraph 2 of the Complaint states legal conclusions to which no response is required.

3. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 3 of the Complaint.

4. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 4 of the Complaint.

5. Countrywide admits the allegations in Paragraph 5 of the Complaint.

## FACTS

6. Countrywide restates its responses to Paragraphs 1 through 5 as if fully set forth herein.

7. Paragraph 7 of the Complaint states legal conclusions to which no response is required.

8. Countrywide admits the allegations in Paragraph 8 of the Complaint.

9. Countrywide admits the allegations in Paragraph 9 of the Complaint.

10. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 10 of the Complaint.

11. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 11 of the Complaint. To the extent Paragraph 11 states legal conclusions, no response is required.

12. Paragraph 12 of the Complaint states legal conclusions to which no response is required.

13. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 13 of the Complaint. To the extent Paragraph 13 states legal conclusions, no response is required.

14. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 14 of the Complaint. To the extent Paragraph 14 states legal conclusions, no response is required.

15. Countrywide denies the allegations in Paragraph 15 of the Complaint. To the extent Paragraph 15 states legal conclusions, no response is required.

16. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 16 of the Complaint. To the extent Paragraph 16 states legal conclusions, no response is required.

17. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 17 of the Complaint.

18. Countrywide denies the allegations in Paragraph 18 of the Complaint. To the extent Paragraph 18 states legal conclusions, no response is required.

19. Countrywide states that the Addendum speaks for itself, and the Complaint quotes a part thereof.

20. Countrywide states that the Addendum speaks for itself, and the Complaint quotes a part thereof.

21. Paragraph 21 of the Complaint states legal conclusions to which no response is required. Further answering, Countrywide states that the Addendum speaks for itself, and the Complaint quotes a part thereof.

22. Countrywide states that the Addendum speaks for itself, and the Complaint quotes a part thereof.

23. Paragraph 23 of the Complaint states legal conclusions to which no response is required.

### Count One

24. Countrywide restates its responses to the allegations in Paragraphs 1 through 23 as if fully set forth herein.

25. Paragraph 25 of the Complaint states legal conclusions to which no response is required.

26. Paragraph 26 of the Complaint states legal conclusions to which no response is required.

27. Countrywide denies the allegations contained in Paragraph 27 of the Complaint. To the extent Paragraph 27 states legal conclusions, no response is required.

28. Countrywide denies the allegations contained in Paragraph 28 of the Complaint. To the extent Paragraph 28 states legal conclusions, no response is required.

29. Paragraph 29 of the Complaint states legal conclusions to which no response is required.

30. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 30 of the Complaint. To the extent Paragraph 30 states legal conclusions, no response is required.

31. Paragraph 31 of the Complaint states legal conclusions to which no response is required.

32. Countrywide denies the allegations contained in Paragraph 32 of the Complaint. To the extent Paragraph 32 states legal conclusions, no response is required.

33. Paragraph 33 of the Complaint states legal conclusions to which no response is required.

34. Paragraph 34 of the Complaint states legal conclusions to which no response is required.

35. Paragraph 35 of the Complaint states legal conclusions to which no response is required.

36. Countrywide denies the allegations contained in Paragraph 36 of the Complaint. To the extent Paragraph 36 states legal conclusions, no response is required.

37.     Paragraph 37 of the Complaint states legal conclusions to which no response is required.

WHEREFORE, Countrywide respectfully requests that this Court dismiss Count One of the Plaintiffs' Complaint with prejudice and deny Plaintiffs all relief requested.

## Count Two

38.     Countrywide restates its responses to the allegations in Paragraphs 1 through 37 as if fully set forth herein.

39.     Countrywide states that the Sales Contract speaks for itself, and the Complaint quotes a part thereof. To the extent Paragraph 39 of the Complaint states legal conclusions, no response is required.

40.     Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 40 of the Complaint.

41.     Countrywide denies the allegations contained in Paragraph 41 of the Complaint. To the extent Paragraph 41 states legal conclusions, no response is required.

42.     Countrywide denies the allegations contained in Paragraph 42 of the Complaint. To the extent Paragraph 42 states legal conclusions, no response is required.

43.     Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 43 of the Complaint.

44.     Countrywide denies the allegations in Paragraph 44 of the Complaint. To the extent Paragraph 44 states legal conclusions, no response is required.

WHEREFORE, Countrywide respectfully requests that this Court dismiss Count Two of the Plaintiffs' Complaint with prejudice and deny Plaintiffs all relief requested.

## Count Three

45. Countrywide restates its responses to the allegations in Paragraphs 1 through 44 as if fully set forth herein.

46. Countrywide states that the Sales Contract speaks for itself. To the extent Paragraph 46 of the Complaint states legal conclusions, no response is required.

47. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 47 of the Complaint. To the extent Paragraph 47 states legal conclusions, no response is required.

48. Countrywide denies the allegations in Paragraph 48 of the Complaint. To the extent Paragraph 48 states legal conclusions, no response is required.

49. Paragraph 49 of the Complaint states legal conclusions to which no response is required.

50. Paragraph 50 of the Complaint states legal conclusions to which no response is required.

51. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 51 of the Complaint. To the extent Paragraph 51 states legal conclusions, no response is required.

52. Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 52 of the Complaint. To the extent Paragraph 52 states legal conclusions, no response is required.

53. Countrywide denies the allegations contained in Paragraph 53 of the Complaint. To the extent Paragraph 53 states legal conclusions, no response is required.

WHEREFORE, Countrywide respectfully requests that this Court dismiss Count Three of the Plaintiffs' Complaint with prejudice and deny Plaintiffs all relief requested.

## DEFENSES

54. Plaintiffs' claims are barred for failure to state a claim upon which relief can be granted.

55. Plaintiffs seek relief in a form or amount not available as a matter of law.

56. Plaintiffs' claims are barred by the doctrines of accord and satisfaction and/or payment and release.

57. Plaintiffs' claims for relief are barred, in whole or in part, by the doctrine of laches.

58. Plaintiffs' claims for relief are barred, in whole or in part, by the doctrine of waiver.

59. Plaintiffs' claims for relief are barred, in whole or in part, by the doctrine of estoppel.

60. Plaintiffs' claims for relief are barred, in whole or in part, by Plaintiffs' contributory negligence.

61. Plaintiff's claims for relief are barred, in whole or in part, by the statue of frauds.

62. Plaintiffs have not been damaged in the manner or to the extent alleged in the Complaint.

63. Plaintiffs have failed to mitigate their damages, if they have suffered any.

64. Plaintiffs fail to allege facts that could support an award of punitive damages.

65. Plaintiffs have no basis to obtain attorneys fees and expenses for this matter.

- 8 -

66.    Countrywide reserves the right to amend its Answer and assert additional defenses as Plaintiffs' claims are more fully disclosed during the course of the litigation.

WHEREFORE, having fully answered, Countrywide respectfully requests that this action be dismissed and that it be awarded its costs expended herein, including reasonable attorneys' fees.

Dated:  June 27, 2007.

COUNTRYWIDE HOME LOANS, INC.

By: _____
                Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C.  20006-1109
(202) 955-1500
(202) 778-2201 (fax)

*Counsel for Defendant Countrywide Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of June, 2007, a copy of the foregoing **ANSWER OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.,** was served via first class mail and electronic mail upon the following:

>Scott H. Rome
>Andrew J. Kline
>LAW OFFICES OF ANDREW J. KLINE
>1225 19th Street, N.W.,
>Washington, D.C. 20036
>
>*Counsel for Plaintiffs*
>
>_____