IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN<br><br>and<br><br>JESSICA HANSEN<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. | Case: 1:07 - cv - 01107 - PLF<br>Assigned To: Friedman, Paul |

### PRAECIPE - ENTRY OF APPEARANCE

Will the Clerk of the Court please ENTER THE APPEARANCE of Scott H. Rome, Esq., Andrew J. Kline, Esq., and The Law Offices of Andrew J. Kline, as counsel for the Plaintiffs Aaron Hansen and Jessica Hansen. The Law Offices of Andrew J. Kline are located at 1225 19th Street, NW, Suite 320, Washington, DC 20036. The telephone number is (202) 686 - 7600

Respectfully submitted,

LAW OFFICES OF ANDREW J. KLINE

_____
Scott H. Rome, Esq. [D.C. Bar # 476677]

_____
Andrew J. Kline, Esq. [D.C. Bar # 358547]
1225 19th Street, NW, Suite 320
Washington, D.C. 20036
(202) 686-7600

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June 2007, a true and accurate copy of the foregoing was served by first class mail and electronic mail upon Counsel for Defendant as follows:

>Mark B. Bierbower
>Dianne M. Keppler
>HUNTON & WILLIAMS, LLP
>1900 K Street, N.W.
>Washington, D.C. 20006-1109
>(202) 955 - 15500

_____
Scott H. Rome