UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTRYWIDE HOME LOANS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1107 (PLF) |

ORDER OF REFERRAL

This matter came before the Court for a status conference on July 19, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning immediately; discussions shall conclude on or before September 19, 2007. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 20, 2007