IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN<br><br>and<br><br>JESSICA HANSEN<br><br>   Plaintiffs,<br><br>         v.<br><br>COUNTRYWIDE HOME LOANS, INC. | Case: 1:07 - cv - 01107 - PLF<br>Assigned To: Friedman, Paul<br>Magistrate Judge- JMF |

**CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiffs, Aaron Hansen and Jessica Hansen, by and through undersigned counsel, and with the consent of Defendant, hereby move to continue the Settlement Conference set for October 4, 2007, and in support thereof state as follows:

1.  A Status Conference in this action was scheduled for September 20, 2007 before Judge Paul Friedman.

2.  This Court, *sua sponte*, cancelled the Status Conference before Judge Freidman and *sua sponte* rescheduled a Settlement Conference before Judge Facciola for October 4, 2007.

3.  Undersigned Counsel is getting married on the week of October 4, 2007, will not be in town on that date, and will not be available for a hearing until the week of October 22, 2007.

4.  Counsel for Defendant, Countrywide Home Loans, Inc., consents to the rescheduling of the Settlement Conference to a date after the return of undersigned counsel.

WHEREFORE, Plaintiffs, Aaron Hansen and Jessica Hansen, with the consent of Defendant, hereby respectfully request that this Court continue the Settlement Conference in this

action to a date after October 22, 2007.

                                  Respectfully submitted,

                                  /s/ Scott H. Rome
/s/ Scott H. Rome
Scott H. Rome, Esq. [D.C. Bar # 476677]
LAW OFFICES OF ANDREW J. KLINE
1225 19 th Street, NW, Suite 320
Washington, D.C. 20036
(202) 686-7600
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 24th Day of September 2007, a true and accurate copy of the foregoing was served by first class mail and electronic mail upon Counsel for Defendant as follows:

      Mark B. Bierbower
      Dianne M. Keppler
      HUNTON & WILLIAMS, LLP
      1900 K Street, N.W.
      Washington, D.C. 20006-1109
      (202) 955 - 15500

                                  /s/ Scott H. Rome
/s/ Scott H. Rome
Scott H. Rome, Esq. [D.C. Bar # 476677]
LAW OFFICES OF ANDREW J. KLINE
1225 19 th Street, NW, Suite 320
Washington, D.C. 20036
(202) 686-7600
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON HANSEN** <br><br> **and** <br><br> **JESSICA HANSEN** <br><br> **Plaintiffs,** <br><br> v. <br><br> **COUNTRYWIDE HOME LOANS, INC.** | Case: 1:07 - cv - 01107 - PLF <br> Assigned To: Friedman, Paul <br> Magistrate Judge- JMF |

ORDER GRANTING PLAINTIFFS'
MOTION TO CONTINUE SETTLEMENT CONFERENCE

UPON CONSIDERATION OF the Consent Motion to Continue Settlement Conference, it is thereupon, this ____ day of _____ 2007,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Settlement Conference is continued to a date after October 22, 2007, and specifically _____.

_____
Judge for the United States District Court
for the District of Columbia

copies to:

Andrew J. Kline, Esq.
LAW OFFICES OF ANDREW J. KLINE
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036

Dianne M. Keppler
Mark B. Bierbower [D.C. Bar # 320861]
Dianne M. Keppler [D.C. Bar # 46580]
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955 - 1500
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN<br><br>and<br><br>JESSICA HANSEN<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. | Case: 1:07 - cv - 01107 - PLF<br>Assigned To: Friedman, Paul<br>Magistrate Judge- JMF |

**CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiffs, Aaron Hansen and Jessica Hansen, by and through undersigned counsel, and with the consent of Defendant, hereby move to continue the Settlement Conference set for October 4, 2007, and in support thereof state as follows:

1.  A Status Conference in this action was scheduled for September 20, 2007 before Judge Paul Friedman.

2.  This Court, *sua sponte*, cancelled the Status Conference before Judge Freidman and *sua sponte* rescheduled a Settlement Conference before Judge Facciola for October 4, 2007.

3.  Undersigned Counsel is getting married on the week of October 4, 2007, will not be in town on that date, and will not be available for a hearing until the week of October 22, 2007.

4.  Counsel for Defendant, Countrywide Home Loans, Inc., consents to the rescheduling of the Settlement Conference to a date after the return of undersigned counsel.

WHEREFORE, Plaintiffs, Aaron Hansen and Jessica Hansen, with the consent of Defendant, hereby respectfully request that this Court continue the Settlement Conference in this

action to a date after October 22, 2007.

                                            Respectfully submitted,

                                            /s/ Scott H. Rome
                                            /s/ Scott H. Rome
                                            Scott H. Rome, Esq. [D.C. Bar # 476677]
                                            LAW OFFICES OF ANDREW J. KLINE
                                            1225 19 th Street, NW, Suite 320
                                            Washington, D.C. 20036
                                            (202) 686-7600
                                            Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 24th Day of September 2007, a true and accurate copy of the foregoing was served by first class mail and electronic mail upon Counsel for Defendant as follows:

        Mark B. Bierbower
        Dianne M. Keppler
        HUNTON & WILLIAMS, LLP
        1900 K Street, N.W.
        Washington, D.C. 20006-1109
        (202) 955 - 15500

                                            /s/ Scott H. Rome
                                            /s/ Scott H. Rome
                                            Scott H. Rome, Esq. [D.C. Bar # 476677]
                                            LAW OFFICES OF ANDREW J. KLINE
                                            1225 19 th Street, NW, Suite 320
                                            Washington, D.C. 20036
                                            (202) 686-7600
                                            Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON HANSEN**<br><br>and<br><br>**JESSICA HANSEN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTRYWIDE HOME LOANS, INC.** | Case: 1:07 - cv - 01107 - PLF<br>Assigned To: Friedman, Paul<br>Magistrate Judge- JMF |

**ORDER GRANTING PLAINTIFFS'**
**MOTION TO CONTINUE SETTLEMENT CONFERENCE**

 UPON CONSIDERATION OF the Consent Motion to Continue Settlement Conference,

it is thereupon, this \_\_\_\_ day of _____ 2007,

 **ORDERED** that the Motion is **GRANTED**; and it is further

 **ORDERED** that Settlement Conference is continued to a date after October 22, 2007,

and specifically _____.

_____
Judge for the United States District Court
for the District of Columbia

copies to:

Andrew J. Kline, Esq.
LAW OFFICES OF ANDREW J. KLINE
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036

Dianne M. Keppler
Mark B. Bierbower [D.C. Bar # 320861]
Dianne M. Keppler [D.C. Bar # 46580]
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955 - 1500
Attorneys for Defendant