IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN<br><br>and<br><br>JESSICA HANSEN<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTRYWIDE HOME LOANS, INC.**<br><br>Defendant | Case: 1:07 - cv - 01107 - PLF<br>Assigned To: Friedman, Paul<br>Magistrate Judge- JMF |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs, Aaron Hansen and Jessica Hansen, by and through undersigned counsel, and **with the consent of Defendant**, hereby move to enlarge the time within which they are required to respond to Defendant's Motion for Summary Judgment and Motion for Leave to Amend Answer to Include Counterclaim, and in support thereof state as follows:

1. Defendant filed a Motion for Summary Judgment and Motion for Leave to Amend Answer to Include Counterclaim on December 11, 2007.

2. Although undersigned counsel is reviewing and preparing appropriate responses to these pleadings, Plaintiffs respectfully request an enlargement of time to respond to Defendants Motions **until January 9, 2007.**

3. Importantly, the limited enlargement sought by the instant motion will not prejudice Plaintiff during the holiday season, or cause this action to linger on the docket.

4. Defendant - through its counsel - informed undersigned counsel that it consents to

the enlargement sought.

5.     A proposed order has been tendered along with the instant motion for this Court's convenience.

WHEREFORE, Plaintiffs, Aaron Hansen and Jessica Hansen, with the consent of Defendant, hereby respectfully request that this Court enlarge the time required for Plaintiffs to file a response to Defendant's Motion for Summary Judgment and Motion for Leave to Amend Answer to Include Counterclaim.

Respectfully submitted,

/s/ Scott H. Rome
/s/ Scott H. Rome
Scott H. Rome, Esq. [D.C. Bar # 476677]
LAW OFFICES OF ANDREW J. KLINE
1225 19 th Street, NW, Suite 320
Washington, D.C. 20036
(202) 686-7600
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th Day of December 2007, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Mark B. Bierbower
Dianne M. Keppler
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955 - 15500

        /s/ Scott H. Rome
/s/ Scott H. Rome
Scott H. Rome, Esq. [D.C. Bar # 476677]
LAW OFFICES OF ANDREW J. KLINE
1225 19 th Street, NW, Suite 320
Washington, D.C. 20036
(202) 686-7600
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN<br><br>and<br><br>JESSICA HANSEN<br><br>**Plaintiffs,**<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.<br><br>**Defendant.** | Case: 1:07 - cv - 01107 - PLF<br>Assigned To: Friedman, Paul<br>Magistrate Judge- JMF |

**ORDER GRANTING PLAINTIFFS'
CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

UPON CONSIDERATION OF the **Consent Motion for an Enlargement of Time**, it is thereupon, this _____ day of _____ 200__,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall respond to Defendant's Motion for Summary Judgment and Motion for Leave to Amend Answer to Include Counterclaim by January 9, 2008.

_____
Judge for the United States District Court
for the District of Columbia

copies to:

Scott H. Rome, Esq.
LAW OFFICES OF ANDREW J. KLINE
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036

Dianne M. Keppler
Mark B. Bierbower [D.C. Bar # 320861]
Dianne M. Keppler [D.C. Bar # 46580]
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955 - 1500
Attorneys for Defendant