IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN and<br><br>JESSICA HANSEN,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:<br>)  1:07-cv-01107-PLF - JMF<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Countrywide Home Loans, Inc., "Countrywide," by and through counsel, and with the consent of Plaintiffs Aaron and Jessica Hansen, hereby move to enlarge the time within which they are required to respond to Plaintiff's Opposition to Countrywide Home Loans, Inc.'s Motion for Summary Judgment, and in support thereof state as follows:

1.  Plaintiffs filed their Opposition to Countrywide Home Loans, Inc.'s Motion for Summary Judgment on January 9, 2008.

2.  Although Countrywide's counsel is reviewing and preparing appropriate responses to these pleadings, Countrywide respectfully requests an enlargement of time to respond to Plaintiff's Opposition to Countrywide Home Loans, Inc.'s Motion for Summary Judgment until Wednesday, January 23, 2008.

3.  Importantly, the limited enlargement sought by this motion will not prejudice Plaintiffs or cause this action to linger on the docket.

- 2 -

4. Plaintiffs, through their counsel, informed Countrywide's counsel that they consent to the enlargement sought.

5. A proposed order has been tendered along with this motion for this Court's convenience.

WHEREFORE, Defendant Countrywide Home Loans, Inc., with the consent of Plaintiffs, hereby respectfully requests that this Court enlarge the time required for Defendant to file a response to Plaintiff's Opposition to Countrywide Home Loans, Inc.'s Motion for Summary Judgment.

Dated: January 14, 2008

Respectfully submitted,

By: _____/s/_____
Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)

*Counsel for Defendant Countrywide Home Loans, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on this 14th day of January, 2008, I electronically filed the foregoing CONSENT MOTION FOR AN ENLARGEMENT OF TIME by electronic mail and with the clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Scott H. Rome
LAW OFFICES OF ANDREW J. KLINE
1225 19th Street, N.W.,
Washington, D.C. 20036
*Counsel for Plaintiffs*

                                                  /s/
Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN and )<br><br>JESSICA HANSEN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>COUNTRYWIDE HOME LOANS, INC., )<br><br>Defendant. ) | Civil Action No.:<br>1:07-cv-01107-PLF - JMF |

ORDER GRANTING DEFENDANT'S
CONSENT MOTION FOR AN ENLARGEMENT OF TIME

UPON CONSIDERATION of the Consent Motion for an Enlargement of Time, it is

thereupon, this ___ day of January, 2008,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant's shall respond to Plaintiff's Opposition to Countrywide

Home Loans, Inc.'s Motion for Summary Judgment by Wednesday, January 23, 2008.


_____
Judge for the United States District Court
for the District of Columbia