UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AARON HANSEN                        )
                                    )
    and                             )
                                    )
JESSICA HANSEN,                     )
                                    )
            Plaintiffs,             )
                                    )
        v.                          )   Civil Action No. 07-1107 (PLF)
                                    )
COUNTRYWIDE HOME LOANS, INC.,       )
                                    )
            Defendant.              )
_____)

ORDER

       This matter is before the Court on the defendant's motion for summary judgment, the defendant's motion for leave to amend its answer to include a counterclaim, and plaintiffs' motion to strike defendant's reply memorandum in support of its motion for summary judgment. This matter came before the Court for a status conference on July 19, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge, and agreed to stay all discovery pending referral to a magistrate judge for that purpose. The parties were unable to reach a settlement.

       Before the parties informed the Court of their inability to resolve this matter or requested that the Court lift the stay on discovery, defendant filed its pending motion for summary judgment. While plaintiffs substantively responded to defendant's motion in several respects, plaintiffs also assert that they need discovery. Plaintiffs are correct that summary

judgment "ordinarily is proper only after plaintiff has been given adequate time for discovery." Pls' Opp. at 15; see, e.g., Tabb v. District of Columbia, 477 F. Supp. 2d 185, 188 n.1 (D.D.C. 2007) (citing Americable Int'l v. Dep't of Navy, 129 F.3d 1271, 1274 (D.C. Cir. 1997) (quoting First Chicago Int'l v. United Exch. Co., 836 F.2d 1375, 1380 (D.C. Cir. 1988)); Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986) (summary judgment is appropriate after "adequate time for discovery")). Accordingly, it is hereby

      ORDERED that defendant's motion for summary judgment [10] is DENIED without prejudice; it is

      FURTHER ORDERED that plaintiffs' motion to strike defendant's reply memorandum in support of its motion for summary judgment [16] is DENIED as moot; it is

      FURTHER ORDERED that defendant's motion for leave to amend its answer to include a counterclaim [11] is GRANTED as unopposed, see Local Civil Rule 7(b); and it is

      FURTHER ORDERED that the parties shall meet and confer and filed a revised joint report under Local Civil Rule 16.3 on or before July 11, 2008.

      SO ORDERED.

      _____/s/_____
      PAUL L. FRIEDMAN
      United States District Judge

DATE:  June 17, 2008