IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN and<br><br>JESSICA HANSEN,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>Resident Agent:<br>Corporate Service Company<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:<br>)  1:07-cv-01107-PLF-JMF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COUNTRYWIDE HOME LOANS, INC.'S
## AMENDED ANSWER AND COUNTERCLAIM

Countrywide Home Loans, Inc. ("Countrywide"), Defendant in the above action, hereby responds to the allegations of the Plaintiffs' Complaint, as follows:

### JURISDICTION AND PARTIES

    1.    Paragraph 1 of the Complaint states legal conclusions to which no response is required.

    2.    Paragraph 2 of the Complaint states legal conclusions to which no response is required.

    3.    Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 3 of the Complaint.

    4.    Countrywide is without information sufficient to form a belief as to the truth or falsity of the statement contained in Paragraph 4 of the Complaint.