IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON HANSEN<br><br>and<br><br>JESSICA HANSEN<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.<br><br>Defendant/Counterclaim Plaintiff | Case: 1:07 - cv - 01107 - PLF<br>Assigned To: Friedman, Paul |

### PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM

Plaintiffs Aaron and Jessica Hansen (the "Hansens"), by and through undersigned counsel, hereby answer the Counterclaim of Defendant Countrywide Home Loans, Inc. ("Countrywide"), and in support thereof states as follows:

### FIRST DEFENSE

In response to the numbered paragraphs of the Counterclaim, the Plaintiff responds as follows:

67. The Hansens lack sufficient information to form a belief as to the truth or falsity of the claims contained in this paragraph.

68. The Hansens deny that they were citizens of the District of Columbia at the time the cause of action arose and admit they are now citizens of the District of Columbia.

69. This paragraph constitutes a legal conclusion to which no response is required.

70. This paragraph constitutes a legal conclusion to which no response is required.

71. The Hansens admit that they entered into a Contract and Purchase Addendum and

deny that they breached the contract or addendum in any respect.

72. The Hansens admit that the Addendum was signed and initialed and deny the remaining allegations of this paragraph.

73. Denied.

74. Denied.

75. Denied.

**Statement of Facts**

76. Admitted.

77. Admitted.

78. Admitted.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

**Counterclaim Count One**

83. The Hansens hereby incorporate the responses to the above paragraphs as if fully set forth herein.

84. Denied.

85. Admitted.

86. The Hansens admit this allegation in part but deny that the Complaint was brought based upon Countrywide's "inability to provide clear title."

87. The Hansens lack sufficient information to either admit or deny the allegations of

this paragraph.

88. Denied.

In response to the unnumbered paragraph following paragraph 88, the Hansens deny that Countrywide is entitled to any relief whatsoever.

## SECOND DEFENSE

The Hansens deny all allegations not specifically admitted.

## THIRD DEFENSE

The Counterclaim fails to state a claim upon which relief may be granted.

## FOURTH DEFENSE

Countrywide's claims are barred by their own breaches, negligence, and wrongful and/or fraudulent conduct.

## FIFTH DEFENSE

The Hansens are not liable due to the intervening negligence of other parties.

## SIXTH DEFENSES

The Hansens further reserve the right to raise any and all defenses available in law or in fact that may be revealed through discovery or at trial.

Respectfully submitted,

/s/ Scott H. Rome
/s/ Scott H. Rome
Scott H. Rome, Esq. [D.C. Bar # 476677]
LAW OFFICES OF ANDREW J. KLINE
1225 19 th Street, NW, Suite 320
Washington, D.C. 20036
(202) 686-7600

        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th Day of July 2008, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

    Mark B. Bierbower
    Dianne M. Keppler
    HUNTON & WILLIAMS, LLP
    1900 K Street, N.W.
    Washington, D.C. 20006-1109
    (202) 955 - 15500

            /s/ Scott H. Rome
        /s/ Scott H. Rome
        Scott H. Rome, Esq. [D.C. Bar # 476677]
        LAW OFFICES OF ANDREW J. KLINE
        1225 19 th Street, NW, Suite 320
        Washington, D.C. 20036
        (202) 686-7600
        Attorney for Plaintiffs