**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AARON HANSEN** and | ) |
| | ) |
| **JESSICA HANSEN,** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 1:07-cv-01107 (PLF) |
| | ) |
| **COUNTRYWIDE HOME LOANS, INC.,** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**COUNTRYWIDE HOME LOAN, INC.'S**
**AMENDED RULE 7.1 CERTIFICATION**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia advising the Court of a change in corporate affiliation:

I, the undersigned, counsel of record for Defendant Countrywide Home Loans, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Countrywide Home Loans, Inc. which have any outstanding securities in the hands of the public:

Defendant Countrywide Home Loans, Inc. is a subsidiary of Countrywide Financial Corporation. Countrywide Financial Corporation is a wholly-owned subsidiary of Bank of America Corporation. Bank of America Corporation's stock is publicly traded on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

1

July 7, 2008                                         Respectfully submitted,

                                                     COUNTRYWIDE HOME LOANS, INC.


                                                     By: _____
                                                                     Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)

*Counsel for Defendant Countrywide Home Loans, Inc.*


## CERTIFICATE OF SERVICE

I certify that on July 7, 2008, I electronically served the foregoing **COUNTRYWIDE HOME LOAN, INC.'S AMENDED RULE 7.1 CERTIFICATION** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

>   Scott H. Rome
>   Andrew J. Kline
>   LAW OFFICES OF ANDREW J. KLINE
>   1225 19th Street, N.W.,
>   Washington, D.C. 20036
>
>   *Counsel for Plaintiffs*


                                        _____/s/_____
                                             Dianne M. Keppler

2